UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY FRANKS, TODD HEBERT, and CRAIG LEDET, individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) Civil Action ) File No. 2:19-cv-10839-BWA-KWR |
| Plaintiffs, | ) ) |
| versus | ) JUDGE BARRY W. ASHE ) SECTION M ) |
| LOUISIANA FARM BUREAU MUTUAL INSURANCE COMPANY, LOUISIANA FARM BUREAU CASUALTY INSURANCE COMPANY, SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY and SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY | ) MAGISTRATE JUDGE ) KAREN WELLS ROBY ) DIVISION 4 ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
BASED ON THE COMMISSION EXEMPTION**

Defendants Louisiana Farm Bureau Casualty Insurance Company, Louisiana Farm Bureau Mutual Insurance Company, Southern Farm Bureau Casualty Insurance Company, and Southern Farm Bureau Life Insurance Company hereby move for an order granting partial summary judgment pursuant to Federal Rule of Civil Procedure 56 and Section 207(i) of the Fair Labor Standards Act (the "FLSA"). The undisputed evidence shows Defendants satisfy all elements of the FLSA's "Commission Exemption" as a matter of law as to Plaintiffs Franks, Ledet, Hebert, and Bergeron.

WHEREFORE, for the reasons more fully explained in the accompanying memorandum, Defendants are entitled to judgment on all of the aforementioned Plaintiffs' claims, Defendants


respectfully request that the Court enter final judgment in their favor and dismiss the aforementioned Plaintiffs' claims with prejudice and in their entirety.

Dated:  October 19, 2022

Respectfully submitted,

/s/  *James K. Ordeneaux*
Andrew L. Plauché, Jr. (La Bar No. 11023)
James K. Ordeneaux (La Bar No. 28179)
George C. Drennan (La Bar No. 28025)
Matthew T. Habig (La Bar No. 37707)
Lauren N. Baudot (La Bar No. 36367)
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3800
New Orleans, LA 70139
Telephone:  (504) 582-1142
Facsimile:  (504) 582-1172
aplauche@pmpllp.com
jordeneaux@pmpllp.com
gdrennan@pmpllp.com
mhabig@pmpllp.com
lbaudot@pmpllp.com

*Attorneys for Defendants Louisiana Farm Bureau Mutual Insurance Company, Louisiana Farm Bureau Casualty Insurance Company, and Southern Farm Bureau Casualty Insurance Company*

/s/  *Mark N. Mallery*
Mark N. Mallery (La. Bar No. 17666)
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
701 Poydras Street, Suite 3500
New Orleans, Louisiana 70139
Telephone:  (504) 648-3840
Facsimile:  (504) 648-3859
mark.mallery@ogletreedeakins.com

Markham R. Leventhal (*pro hac vice*)
Scott M. Abeles (*application pending*)
CARLTON FIELDS, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007
Telephone:  (202) 965-8189
Facsimile:  (202) 965-8104
mleventhal@carltonfields.com
sabeles@carltonfields.com

Cathleen Bell Bremmer (*pro hac vice*)
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
cbell@carltonfields.com

-3-

        Irma Reboso Solares (*pro hac vice*)
        Stephanie A. Fichera (*pro hac vice*)
        CARLTON FIELDS, P.A.
        2 MiamiCentral, Suite 1200
        700 NW 1st Avenue
        Miami, Florida 33136
        Telephone: (305) 530-0050
        Facsimile: (305) 530-0055
        isolares@carltonfields.com
        sfichera@carltonfields.com

        *Attorneys for Defendant Southern Farm*
        *Bureau Life Insurance Company*

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing has been served on all counsel of record via the Court's Case Management Electronic Case Filing system.

This 19th day of October, 2022.

/s/ *Markham R. Leventhal*